**THRIVENT FINANCIAL FOR LUTHERANS, Plaintiff–Appellee,**

v.

**Lucia E. ANDRONESCU, fka Lucia E. Anderson, Defendant–cross–defendant–Appellee,**

v.

**Johanna M. Anderson, Defendant–cross–claimant–Appellant.**

No. 11–35437.

United States Court of Appeals, Ninth Circuit.

Submitted June 5, 2012.*

Filed Feb. 4, 2013.

Frederick Matthew Ralph, Esquire, Dorsey & Whitney, LLP, Minneapolis, MN, Gary M. Zadick, Ugrin Alexander

Zadick & Higgins, PC, Great Falls, MT, for Plaintiff–Appellee.

Roberta Anner–Hughes, Anner–Hughes Law Offices, Billings, MT, for Defendant–cross–claimant–Appellant.

Before: SILVERMAN and MURGUIA, Circuit Judges, and HALL, District Judge.**

MEMORANDUM ***

In a dispute over who is the proper beneficiary of Brent Anderson's life insurance policy, the district court granted judgment on the pleadings in favor of Lucia Andronescu—Anderson's ex-wife—because it found that Mont.Code Ann. § 72–2–814, which revokes, upon divorce, the designation of a spouse as a beneficiary of a life insurance policy, did not apply retroactively.

We certified the question to the Montana Supreme Court and now reverse because the Montana Supreme Court has ruled that Mont.Code. Ann. § 72–2–814 operates at the time of the insured's death and revoked Andronescu's status as a beneficiary of Anderson's policy. *Thrivent Fin. for Lutherans v. Andronescu,* No. OP 12–0408, 2013 MT 13, 300 P.3d 117, 2013 WL 227954 (Jan. 22, 2013).

**REVERSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** The Honorable Janet C. Hall, District Judge for the U.S. District Court for the District of Connecticut, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.